UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 5/20/08           CASE NUMBER: 08-15769M-SD

USA vs. Jose Gerardo Duran-Chombo

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____          INTERPRETER  Ricardo Gonzalez  
                                                          LANGUAGE  Spanish

Attorney for Defendant Brenda Sandoval (AFPD)  
MATERIAL WITNESS(es): _____  
MATERIAL WITNESS(es) state true name(s) to be: _____  
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT   ☐ NOT PRESENT   ☒ CUSTODY  
DOA___  
☐ Financial Afdvt taken          ☐ Initial Appearance            ☐ Appointment of counsel hearing held  
☐ Rule 5(c)(3)                   ☐ Defendant Sworn               ☐ Financial Afdvt sealed  
                                 ☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

| DETENTION HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk  ☐ Danger | IDENTITY HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
|---|---|
| PRELIMINARY HEARING:<br>☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | STATUS HEARING: re: Waiver of Venue<br>☒ Held  ☐ Con't  ☐ Reset<br>Set for:<br>Before: |

Other: Government moves to dismiss case. Defense has no objection. Court grants motion and dismisses case without prejudice.  Case is closed.

Recorded by Courtsmart (2 min)  
BY:  Angela J. Tuohy  
Deputy Clerk

UNITED STATES DISTRICT COURT  **MAGISTRATE JUDGE'S MINUTES**
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 5/19/2008    CASE NUMBER: 08-15769M-SD

USA vs. Jose Gerardo Duran-Chombo

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____    INTERPRETER: Ricardo Gonzalez
                                   LANGUAGE: Spanish

Attorney for Defendant Brenda Sandoval (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA 5/18/08              ☒ Initial Appearance              ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken  ☒ Defendant Sworn                 ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)           ☐ Defendant states true name to be ___. Further proceedings ORDERED
                           in Defendant's true name.

---

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for:
Before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
   ☐ Flight risk ☐ Danger

**IDENTITY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:

☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found  ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Waiver of Venue
☐ Held ☐ Con't ☐ Reset

Set for: 5/20/08 at 1:00 pm
Before: Magistrate Judge Irwin

---

Other: Defendant declines to sign waiver of venue. Government moves for a continuance. Defense has no objection. Court grants motion and sets status hearing.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jose Gerardo DURAN-Chombo
Citizen of Mexico
YOB: 1965
088768499
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15769M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about May 18, 2008, near Andrade, California in the Southern District of California, Defendant Jose Gerardo DURAN-Chombo, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

Signature of Complainant
Carlos Diaz
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 19, 2008
Date

at

Yuma, Arizona
City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant: Jose Gerardo DURAN-Chombo

Dependents: None

**IMMIGRATION HISTORY:** The Defendant is an illegal alien and has been arrested by the Border Patrol on 2 separate occasions.

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 11/07/1992 | Sheriff's Office Salinas, CA | Obstruct Resist a Public Officer Disorderly Conduct | Convicted: 36 Months Probation |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near San Luis, Arizona.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on May 18, 2008.

Charges: 8 USC§1325    (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 19, 2008
Date

Signature of Judicial Officer